

**Entered on Docket
September 15, 2010**

_____
**Hon. Linda B. Riegle
United States Bankruptcy Judge**

Kristin A. Schuler-Hintz, Esq. SBN 7171
Sherry A. Moore, Esq. SBN 11215
**McCarthy & Holthus, LLP**
9510 West Sahara Avenue, Suite 110
Las Vegas, NV  89117
Phone (702) 685-0329
Fax (866) 339-5691
NVBK@McCarthyHolthus.com

Attorney for: Secured Creditor,
HSBC Bank USA, National Association, as Trustee for Nomura Asset Acceptance Corporation, Mortgage Pass-Through Certificates Series 2006-AR2, it assignees and/or successors, and the servicing agent WELLS FARGO BANK

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | ) Case No.: 10-13205-lbr |
| | ) |
| Jacqueline E. Ramos, | ) Chapter  13 |
| | ) |
| Debtor. | ) DATE:  08/25/10 |
| | ) TIME:   10:30 a.m. |
| | ) |
| | ) **ORDER TERMINATING** |
| | ) **AUTOMATIC STAY** |
| | ) |

    The Motion for Relief from Automatic Stay came on regularly for hearing at the date and time set forth above before the United States Bankruptcy Court.  This Court ordered that the Debtor had seven (7) days from the date of the last hearing to submit her loan modification

*Rev. 12.09*     M&H File No NV-10-27442
10-13205-lbr

application and supporting documents to Secured Creditor. This Court further ordered that the Debtor and/or Debtor's Counsel was required to file an Affidavit stating that these documents had been submitted to Secured Creditor. Otherwise, Secured Creditor would have full relief from the automatic stay with no foreclosure sale for thirty (30) days. The Debtor has failed to submit the loan modification documents to Secured Creditor and to file said Affidavit within the seven (7) day deadline. Therefore, upon review of the Motion and supporting evidence, and good cause appearing, the Court rules as follows:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the automatic stay provisions of 11 U.S.C. §362 be and are hereby terminated with respect to the interests of Movant in the real property commonly known as 2667 Virgo Drive, Las Vegas, NV 89156.

IT IS FURTHER ORDERED that there shall be no foreclosure sale for thirty (30) days from the date of entry of this Order.

Secured Creditor will provide not less than 7 days notice of the date, time, and location of the currently scheduled foreclosure sale to the debtors or as otherwise provided by Nevada law.

IT IS SO ORDERED.

Submitted by:
McCarthy & Holthus, LLP
/s/ Sherry A. Moore
Sherry A. Moore, Esq.
9510 West Sahara Avenue, Suite 110
Las Vegas, NV 89117
702-685-0329

Approved/Disapproved

*Emailed 09/08/10-no response received*
David Krieger, Esq.
1020 Garces Avenue
Las Vegas, NV 89101
(702) 880-5554

Approved/Disapproved

*Emailed 09/08/10-no response received*
Kathleen A. Leavitt
201 Las Vegas Boulevard, So. #200
Las Vegas, NV 89101

ALTERNATIVE METHOD re: RULE 9021:

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

☐ The court has waived the requirement of approval under LR 9021.

☒ This is a Chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ This is a Chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

☐ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Counsel appearing: David Krieger- Emailed 09/08/10-no response received

Unrepresented parties appearing: None

Trustee: Kathleen A. Leavitt- Emailed 09/08/10-no response received

Submitted by:
McCarthy & Holthus, LLP

/s/ Sherry A. Moore
Sherry A. Moore, Esq.

###